UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) No. 4:25CR 00115 JM |
| | ) |
| v. | ) |
| | ) 18 U.S.C. §§ 922(g)(1), (j), (n), (o) |
| JAYMANI AAREON GORMAN, | ) 18 U.S.C. §§ 924(a)(1)(D), (a)(2), (c)(1)(A), |
| aka "EBK Jaaybo" and | ) (c)(1)(B)(ii) |
| XAVIAR AMIR JONES, | ) 21 U.S.C. § 841 (a)(1), (b)(1)(D) |
| aka "babymaxx" "babymaxxstepn" | ) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.  On or about May 18, 2025, the defendant,

JAYMANI AAREON GORMAN, aka EBK Jaaybo,

had been previously and knowingly convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1.  Assault with force likely to produce GBI, in the Superior Court of California, County of San Joaquin, Manteca Branch, in Case Number MAN-CR-2022-871; and

2.  Felon, addict, possess etc. firearm w/ Street Gang Activity in the Superior Court of California, County of San Joaquin, Stockton Branch, in Case Number STK-CR-2023-4424.

B.  On or about May 18, 2025, in the Eastern District of Arkansas, the defendant,

JAYMANI AAREON GORMAN, aka EBK Jaaybo,

knowingly possessed, in and affecting commerce, a firearm, that is: a Glock, Model 21, .45 caliber firearm, bearing serial number BTYV190, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about May 18, 2025, in the Eastern District of Arkansas, the defendant,

JAYMANI AAREON GORMAN, aka EBK Jaaybo,

who was then under felony complaint for a crime punishable by imprisonment for a term exceeding one year, to wit: Possession of Ammunition, 5 counts, in the Superior Court of the State of California, County of San Joaquin, Stockton Branch, Case No. STK-CR-FE-2025-0002700, did willfully transport in interstate commerce a firearm, that is, a Glock, Model 21, .45 caliber firearm, bearing serial number BTYV190.

All in violation of Title 18, United States Code, Sections 922(n) and 924(a)(l)(D).

## COUNT 3

On or about May 18, 2025, in the Eastern District of Arkansas, the defendant,

XAVIAR AMIR JONES, aka babymaxx, aka babymaxxstepn,

who was then under felony complaint, for a crime punishable by imprisonment for a term exceeding one year, to wit: Unregistered Loaded Firearm on Person and/or Vehicle /Not Registered Owner for the benefit of, at the direction of, or in association with a criminal street gang, and with the specific intent to promote, further, or assist in criminal conduct by gang members and Carry a Concealed Firearm on Person for the benefit of, at the direction of, or in association with a criminal street gang, and with the specific intent to promote, further, or assist in criminal conduct by gang members, in the Superior Court of the State of California, County of San Joaquin, Stockton Branch, Case No. STK-CR-FECOD-CR-2025-0003009, did willfully transport

in interstate commerce a firearm, that is, a Glock, Model 21, .45 caliber firearm, bearing serial number BTYV190.

All in violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

## COUNT 4

On or about May 18, 2025, in the Eastern District of Arkansas, the defendants,

JAYMANI AAREON GORMAN, aka EBK Jaaybo, and
XAVIAR AMIR JONES, aka babymaxx, aka babymaxxstepn,

knowingly possessed a machinegun, that is: a Glock, Model 21, .45 caliber firearm, bearing serial number BTYV190, equipped with a machinegun conversion device, which enabled the weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

All in violation of Title 18, United States Code, Section 922(o).

## COUNT 5

On or about May 18, 2025, in the Eastern District of Arkansas, the defendants,

JAYMANI AAREON GORMAN, aka EBK Jaaybo, and
XAVIAR AMIR JONES, aka babymaxx, aka babymaxxstepn,

knowingly possessed a stolen firearm, that is: a Glock, Model 21, .45 caliber firearm, bearing serial number BTYV190, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Section 922(j) and 924(a)(2).

## COUNT 6

On or about May 18, 2025, in the Eastern District of Arkansas, the defendants,

JAYMANI AAREON GORMAN, aka EBK Jaaybo, and
XAVIAR AMIR JONES, aka babymaxx, aka babymaxxstepn,

knowingly and intentionally possessed with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT 7

On or about May 18, 2025, in the Eastern District of Arkansas, the defendants,

JAYMANI AAREON GORMAN, aka EBK Jaaybo, and
XAVIAR AMIR JONES, aka babymaxx, aka babymaxxstepn,

knowingly and intentionally possessed a firearm, that is: a Glock, Model 21, .45 caliber firearm, bearing serial number BTYV190, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 6 of this Indictment.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A) and (c)(1)(B)(ii).

## FORFEITURE ALLEGATION 1

Upon conviction of Count 6 of this Indictment, the defendant, JAYMANI AAREON GORMAN, aka EBK Jaaybo, and XAVIAR AMIR JONES, aka babymaxx, aka babymaxxstepn, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense, including, but not limited to, the following specific property: an i-phone and a grey and black Louis Vuitton backpack.

## FORFEITURE ALLEGATION 2

Upon conviction of Count 6 of this Indictment, the defendant, JAYMANI AAREON GORMAN, aka EBK Jaaybo, and XAVIAR AMIR JONES, aka babymaxx, aka babymaxxstepn, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense, including, but not limited to, the following specific property: an i-phone and a grey and black Louis Vuitton backpack.

## FORFEITURE ALLEGATION 3

Upon conviction of any offense alleged in Count 1, 2, 3, 4, 5, 6 or 7 of this Indictment, the defendants, JAYMANI AAREON GORMAN, aka EBK Jaaybo, and XAVIAR AMIR JONES, aka babymaxx, aka babymaxxstepn, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

### FORFEITURE ALLEGATION 4

Upon conviction of the offense alleged in Count 4 of this Indictment, the defendant, JAYMANI AAREON GORMAN, aka EBK Jaaybo, and XAVIAR AMIR JONES, aka babymaxx, aka babymaxxstepn, shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872(a), all firearms involved in the violation.

☐ NO TRUE BILL.   ☒ TRUE BILL.

**REDACTED SIGNATURE**

FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
United States Attorney

By: Liza Jane Brown
Assistant United States Attorney
Bar No. AR 2004183
425 W. Capitol, Suite 500
Little Rock, Arkansas 72201
(501) 340-2600
Liza.Brown@usdoj.gov