IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:25CR00115-01 JM |
| | ) | |
| JAYMANI AAREON GORMAN, | ) | |
| aka "EBK Jaaybo" | ) | |

## STATUS REPORT

The United States of America, through Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, and Liza Jane Brown, Assistant United States Attorney for said district, states the following:

1.    Jaymani Gorman is ready for trial.

2.    The parties anticipate the trial will take approximately 3-4 days.

Respectfully submitted,

JONATHAN D. ROSS
United States Attorney

LIZA JANE BROWN
Bar No. AR 2004183
Assistant United States Attorney
425 W. Capitol Ave., Suite 500
Little Rock, Arkansas 72201
(501) 340-2600
liza.brown@usdoj.gov