**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

**United States of America**                                        **Plaintiff**

**v.**                         **Case No.: 4:25–cr–00115–JM**

**Jaymani Aareon Gorman**                                          **Defendant**
**(Other Custody)**

---

### NOTICE OF HEARING

PLEASE take notice that the Pretrial Conference has been rescheduled in this case for May 1, 2026, at 11:00 AM before Judge James M. Moody Jr. in Little Rock Courtroom 4A in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** April 9, 2026                    AT THE DIRECTION OF THE COURT
                                              TAMMY H. DOWNS, CLERK

                                        **By:** Kacie O. Glenn, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas