**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

UNITED STATES OF AMERICA                                                PLAINTIFF

v.                                    **CASE NO. 4:25-cr-00115-JM**

**JAYMANI AAREON GORMAN (1)
XAVIER AMIR JONES (2)**                                                 DEFENDANTS

## ORDER

Pending before the Court is Defendants' Joint Motion for Continuance of the Jury Trial scheduled for May 11, 2026. (Doc. No. 65).

The Court has fully considered the motion for continuance and finds that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendants for a speedy trial in that the issues are such that to deny the motion would deny counsel for the defendants the reasonable time necessary for effective preparation for trial and inherent development of any and all proper defenses which might be averred in the defendants' behalf.

The court finds that no severance has been granted in this matter.  Since the defendants are jointly indicted on similar evidence from the same events, their trial date should be conducted on the same date.

IT IS THEREFORE ORDERED that the Defendants' Joint Motion for Continuance (Doc. No. 65) be, and is hereby, GRANTED. Therefore, this matter is rescheduled for trial to a jury to begin at 9:15 a.m., on **TUESDAY, JULY 7, 2026,** in Courtroom #4A, Richard Sheppard Arnold United States Courthouse, Little Rock, Arkansas. Counsel are to be present thirty minutes prior to trial.

Counsel for the shall file a joint report with the Court on or before *June 8, 2026,* answering the following questions:

1. Is this case ready for trial or a plea?

2.  If trial-ready, how many trial days do counsel anticipate they will need?

3.  If a party intends to seek a continuance of the current trial setting, how long a delay will be requested and why?

If the defendant requests, the Government must provide the written summary about expert testimony required by Federal Rule of Criminal Procedure 16(a)(1)(G) 60 days before trial.  If the Government requests, the defendant must provide the written summary about expert testimony required by Federal Rule of Criminal Procedure 16(b)(1)(C) 30 days before trial.  These obligations do not attach to the first trial setting.

Counsel for the parties shall file with the Court on or before *June 16, 2026,* any pre- trial motions.  A response to any motion is due seven calendar days after the motion is filed.

Jury instructions should be electronically submitted to the Court by *June 29, 2026*, to jmchambers@ared.uscourts.gov.

IT IS FURTHER ORDERED that the delay occasioned by this continuance shall be excludable under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A)-(B).

IT IS SO ORDERED this 23rd day of April, 2026.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE