UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | No. 4:25-CR-00115-JM |
| | ) | |
| | ) | |
| JAYMANI AAREON GORMAN | ) | DEFENDANT |

**MOTION FOR EXTENSION OF TIME TO
RESPOND TO GOVERNMENT'S MOTIONS**

COMES NOW, Jaymani Gorman, hereinafter referred to as "Gorman," by and through his

attorneys Bobby Forrest Jr. and Daniel Marks of the Chosen Law Group. Within his Motion for

an Extension of Time to respond to motions, Gorman states the following:

1. Three Motions in Limine were filed by the Government on April 20, 2026; the responses

    to such motions are due by May 4, 2026 per Rule Seven of the Rules of Federal

    Procedure.

2. Having recently received additional discovery, Gorman respectfully asks this Honorable

    Court to extend the due date of his answers to Government's Motions by one week,

    making Gorman's responses due on May 11, 2026.

3. Gorman does not make this request to cause undue delay or to prejudice the Government.

    Gorman makes this request so that he may collect necessary information to adequately

    respond to the motions.

4. Having recently received additional discovery, Gorman's counsel will greatly benefit

    from the extension.

5.   The Government stated they do not oppose a one-week extension.

WHEREFORE, Gorman requests an extension of the deadline to file answers to the

Government's Motions. He further requests all other relief this Court finds to be equitable and

just.

Respectfully submitted,

/s/Daniel Marks
Daniel Marks (2020116)
Bobby Forrest, Jr. (2019215)
Attorney for the Defendant
124 W. Capitol Ave., Ste. 860
Little Rock, AR  72201
(501) 918-9128
daniel@chosenlawgroup.com

For:    Jaymani Gorman, Defendant