IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 4:25CR00115 JM |
| | ) | |
| JAYMANI AAREON GORMAN, | ) | |
| Aka "EBK Jaaybo" and | ) | |
| XAVIER AMIR JONES, | ) | |
| aka "babymaxx" "babymaxxstepn" | ) | |

## GOVERNMENT'S NOTICE OF CONVENTIONAL FILING

The United States of America, by and through its counsel, Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, and Liza Jane Brown and Stephanie Mazzanti, Assistant United States Attorneys for said district for its Notice of Conventional Filing, respectfully states:

Government's Exhibits 8av, 8aw, 8ax, 8ay, 8az, 8ba, 8bb, 8bc, 8bd, 10, and 11 are video exhibits and will be filed conventionally with the Clerk's Office.

Respectfully submitted,

JONATHAN D. ROSS
United States Attorney

LIZA JANE BROWN (2004183)
STEPHANIE MAZZANTI (2006298)
Assistant United States Attorneys
425 W. Capitol Avenue, Suite 500
Little Rock, Arkansas 72201
(501) 340-2600
Liza.Brown@usdoj.gov
Stephanie.Mazzanti@usdoj.gov